IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MICHAEL HENDRIX )
)
    Movant, )
)
vs. ) CIVIL ACTION 611-064
) CRIMINAL ACTION 609-011
UNITED STATES OF AMERICA, )
)
    Respondent. )

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. **ACCORDINGLY,** the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _20_ day of October, 2011.

_____
**B. Avant Edenfield**
**Judge, United States District Court**
**Southern District of Georgia**